[No. 12887–6–I. Division One. February 24, 1986.]

KSLW, *Appellant,* v. THE CITY OF RENTON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–01596–2, Liem E. Tuai, J., entered February 7, 1983. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Webster, J., and Petrie, J. Pro Tem.

[No. 13544–9–I. Division One. February 24, 1986.]

GEORGE R. LANDRUM, *Appellant,* v. NORMAN B. MAAS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–08496–8, Jim Bates, J., entered July 1, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, J., and Revelle, J. Pro Tem.

[No. 16130–0–I. Division One. February 24, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CRAIG
ALLEN LAVALLEE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83–1–00289–6, Byron L. Swedberg, J., entered January 6, 1984. *Dismissed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Coleman, J.